UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NAYELI ARROYO,<br><br>    Plaintiff,<br><br>v.<br><br>FCA US LLC,<br><br>    Defendant. | Case No. 18-cv-06356-SK<br><br>**CONDITIONAL DISMISSAL**<br><br>Regarding Docket No. 23 |

The Court is advised that the parties have reached a tentative settlement of this case and expect to file a dismissal with prejudice no later than September 1, 2019. (Dkt. 18.) Therefore, **IT IS HEREBY ORDERED** that this cause of action is dismissed **without** prejudice; provided, however that if any party hereto shall certify to this Court, on or before September 1, 2019, with proof of service thereof, that the agreed consideration for said settlement has not been delivered over, the foregoing order shall stand vacated and this cause shall forthwith be restored to the calendar to be set for trial. If no certification is filed, after passage of September 1, 2019, the dismissal shall be **with** prejudice.

The case management conference scheduled for June 3, 2019, at 1:30 p.m. is hereby VACATED.

**IT IS SO ORDERED**.

Dated: May 31, 2019

_____
SALLIE KIM
United States Magistrate Judge